800 A.2d 839

IN THE MATTER OF MICHAEL G. PAUL,
AN ATTORNEY AT LAW.

June 28, 2002.

## ORDER

This matter having been duly presented to the Court pursuant to *Rule* 1:20–10–(b) following a motion for discipline by consent of **MICHAEL G. PAUL** of **METUCHEN,** who was admitted to the bar of this State in 1989;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 8.4(b) (commitment of a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness) and that said conduct warrants a three-month suspension from the practice of law;

And the Disciplinary Review Board having reviewed the record pursuant to *Rule* 1:20–20(b)(3) to determine the appropriate measure of discipline for respondent's misconduct;

And the Disciplinary Review Board having determined that a three-month suspension is the appropriate discipline for respondent's ethics infractions and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an Order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

I is ORDERED that **MICHAEL G. PAUL** is hereby suspended from the practice of law for a period of three months and until the further order of the Court, effective July 1, 2002; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent remburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.